The judgment is reversed, and the cause remanded.

## Frank SHEPHERD v. STATE.
### No. 15973.

Court of Criminal Appeals of Texas.
April 12, 1933.

C. D. Little, of Pelly, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, Judge.

The offense, attempt at burglary; the punishment, three years in the penitentiary.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Will WALLACE v. STATE.
### No. 15944.

Court of Criminal Appeals of Texas.
April 12, 1933.

B. R. Reeves, of Palestine, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

The evidence heard before the jury is not brought to this court for review. Neither are there any bills of exception complaining of the rulings of the trial court. No errors requiring discussion or calling for a reversal of the judgment have been perceived.

The judgment is affirmed.